LORENZO *v.* STAMPFL ET AL.
(278 P. [2d] 1023)

Decided January 17, 1955.

## No. 17,413.

Mr. ALDO G. NOTARIANNI, for plaintiff in error.

Mr. CLIFFORD J. GOBBLE, Mr. F. F. HUNTER, for defendants in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.